RECEIVED IN CHAMBERS

SEP 21 2009

LAWRENCE M. M.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X

IN RE THE WARNACO GROUP, INC.
SECURITIES LITIGATION

This Documents Relates To:

ALL ACTIONS

Master File No.:
00-CIV-6266 (LMM)

---------------------------------------X

### [PROPOSED] ORDER AUTHORIZING DONATION OF RESIDUAL SETTLEMENT FUNDS TO A NOT-FOR-PROFIT ORGANIZATION AND APPROVING FINAL ACCOUNTING; TERMINATING SETTLEMENT ADMINISTRATION; AND DISCHARGING LEAD COUNSEL, LEAD PLAINTIFF, AND THE CLAIMS ADMINISTRATOR FROM FURTHER DUTIES IN CONNECTION THEREWITH

Having considered the Application filed by the Plaintiffs for an Order Authorizing Donation of Residual Settlement Funds to a Not-For-Profit Organization and Approving Final Accounting; Terminating Settlement Administration and Discharging Lead Counsel, Lead Plaintiff and the Claims Administrator From Further Duties in Connection Therewith; it appearing to the Court that the balance of settlement funds in the sum of $1,484.97 is available for donation to the Institute for Law and Public Policy ("ILEP") in accordance with the parties' Stipulation and Agreement of Settlement dated November 14, 2004; it further appearing to the Court that no outstanding tax liability exists; and it also appearing to the Court that ILEP is an appropriate not-for-profit organization to receive the donation of the residual settlement funds remaining after payment of outstanding tax expenses; and for good cause shown,

IT IS HEREBY ORDERED,

1. Upon payment of outstanding claims administration and tax expenses, remaining residual funds shall be distributed to the Institute for Law and Public Policy, a not-for-profit organization designated by Plaintiffs;

2.	The final accounting attached hereto as Exhibit D to the Declaration of Joseph J. Tabacco, Jr. is approved;

3.	The settlement administration is terminated; and

4.	Lead Plaintiff, Lead Counsel and the Claims Administrator are discharged from any further duties in connection with the administration of the settlement fund.

DATED: 9/21/09

_____
UNITED STATES DISTRICT JUDGE